# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE SR. et al., | Case No.  1:26-cv-05075-SAB |
| Plaintiffs, | ORDER GRANTING DEFENDANT CORELOGIC, INC.'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME |
| v. | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al., | (ECF No. 5) |
| Defendants. | |

Currently before the Court is Defendant CoreLogic, Inc.'s *ex parte* application for an extension of time to respond to Plaintiff's complaint.  (ECF No. 5.)  Upon review of the motion and for good cause shown, the Court GRANTS the motion and ORDERS that Defendant CoreLogic, Inc. shall have through **August 5, 2026,** to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:   **July 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1