# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE SR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-05075-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO REMAND<br><br>(ECF No. 18) |

Pending before the Court is Defendants' unopposed motion regarding an extension of time for Defendants to respond to Plaintiffs' motion to remand.

For good cause shown, the Court GRANTS the motion and ORDERS that Defendants shall have through **July 30 2026**, to oppose or otherwise respond to Plaintiffs' motion to remand.

IT IS SO ORDERED.

Dated: **July 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge