# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, SR., et al.,<br>Plaintiffs,<br>v.<br>LEXISNEXIS RISK SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 1:26-cv-05075-SAB<br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT CHEX SYSTEMS, INC.<br>(ECF No. 24)<br>**AUGUST 21, 2026 DEADLINE** |

On July 28, 2026, Defendant Chex Systems, Inc., filed a notice of settlement, informing the Court that a settlement has been reached between Plaintiff and Defendant Chex Systems, Inc., and that dispositional documents will be filed by August 21, 2026. (ECF No. 24.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that the parties shall file dispositional documents **no later than August 21, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b). In light of the foregoing, the Court VACATES all pending matters as to Defendant Chex Systems, Inc.; the Clerk is DIRECTED to terminate ECF Nos. 6 and 13.

IT IS SO ORDERED.

Dated: **July 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge