# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE SR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-05075-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(ECF No. 26) |

Pending before the Court is the unopposed motion from Defendant CoreLogic, Inc., seeking a seven-day extension to respond to or oppose Plaintiffs' motion to remand. (ECF No. 26.) For good cause shown, the Court GRANTS the motion and ORDERS that this Defendant shall have through **August 6, 2026**, to respond to or oppose Plaintiffs' motion to remand.

IT IS SO ORDERED.

Dated: **July 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge