# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE SR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-05075-JLT-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 30) |

Pending before the Court is the unopposed motion from Defendant CoreLogic, Inc., seeking a brief extension to answer or otherwise respond to Plaintiffs' first amended complaint. (ECF No. 30.) For good cause shown, the Court GRANTS the motion and ORDERS that this Defendant shall have through **August 12, 2026**, to answer or otherwise respond to Plaintiffs' first amended complaint.

IT IS SO ORDERED.

Dated: **August 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge