**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL IOANE SR., et al.,

Plaintiffs,

v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.,

Defendants.

Case No. 1:26-cv-05075 JLT SAB

ORDER WITHDRAWING REFERENCE, ADDRESSING MULTIPLE MOTIONS, AND GRANTING UNOPPOSED MOTION TO REMAND

(Docs. 4, 7, 11, 15, 20, 21)

This case was removed from Merced County Superior Court on July 1, 2026, based upon federal question jurisdiction because the original complaint contained a cause of action arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (Doc. 1.) On July 6, Plaintiffs moved to remand and shortly thereafter filed a first amended complaint[1] that omits the FCRA claim and contains no other basis for federal question jurisdiction. (Doc. 12.) Defendants do not oppose remand. (Docs. 27, 33.)

Thus, because federal jurisdiction no longer exists, the Court withdraws any reference to the assigned magistrate judge and **GRANTS** the motion to remand. *See* 28 U.S.C. § 1447(c). To clarify

[1] The first amended complaint was "lodged" instead of filed. Because amendment was permitted without leave of court under Fed. R. Civ. P. 15(a)(1), the Clerk of Court will be directed to modify the docket entry to reflect that the document was filed, rather than lodged.

the procedural situation on remand, the Court also addresses numerous open motions and re-sets the responsive pleading deadline below.

## CONCLUSION AND ORDER

1. Any reference to the assigned magistrate judge is **WITHDRAWN**.
2. The Clerk of Court is directed to modify the docket to reflect that the first amended complaint lodged on July 10, 2026 (Doc. 12) was filed that day. Relatedly, the Clerk of Court shall terminate the notice of filing of that document. (Doc. 11.)
3. Plaintiffs' requests related to the docketing of the first amended complaint (Docs. 20 and 21) are **DENIED as MOOT**.
4. Plaintiffs' ex parte application to authorize pro se electronic filing (Doc. 15) in this Court **IS DENIED as MOOT** because the case is being remanded.
5. LexisNexis' motion to dismiss (Doc. 7) is terminated because certain issues raised therein are no longer relevant considering the first amended complaint. LexisNexis may modify and re-notice the motion as appropriate.
6. The deadline for all remaining defendants to respond to the complaint is continued to August 28, 2026 to allow time for the state court docket to reopen.
7. The motion to remand (Doc. 4) is **GRANTED** and the matter is remanded to the Superior Court for the County of Merced.

IT IS SO ORDERED.

Dated: August 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE