# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, SR., et al.,<br>Plaintiffs,<br>v.<br>LEXISNEXIS RISK SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 1:26-cv-05075-JLT-SAB<br>ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br>(ECF No. 38) |

As relevant here, on August 12, 2026, the Hon. Jennifer L. Thurston issued an order remanding this matter to California Superior Court, Merced County. (ECF No. 36.) In addition, Judge Thurston ordered that "[t]he deadline for all remaining defendants to respond to the complaint is continued to August 28, 2026 to allow time for the state court docket to reopen." (Id. at p. 2.) Later that same day, Defendant CoreLogic, Inc., filed an unopposed motion for an extension of time to answer, seeking a deadline of August 19, 2026. (ECF No. 38.) In light of the fact that Judge Thurston's August 12, 2026 order already provided the relief CoreLogic, Inc., seeks, the Court DENIES this motion for an extension as MOOT.

IT IS SO ORDERED.

Dated: **August 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge