# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, SR., et al.,<br>Plaintiffs,<br>v.<br>LEXISNEXIS RISK SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 1:26-cv-05075-JLT-SAB<br>ORDER GRANTING MOTION TO SEAL<br>(ECF No. 40) |

On August 12, 2026, the assigned District Judge granted Plaintffs' motion to remand this action back to Merced County Superior Court. (ECF No. 36.) Notwithstanding the remand, Plaintiff filed the instant unopposed motion to seal documents on the Court's docket containing images of their driver's licenses. [1] (ECF No. 40.)

Local Rule 141 governs request to seal. Pursuant to this rule, "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law." L.R. 141(a). The Ninth Circuit applies a "good cause" standard to requests to seal documents attached to non-dispositive motions. Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1096-98 (9th Cir. 2016). Here, the exhibits attached to the notice of removal (ECF No. 1-1) contain images of Plaintiffs' driver's licenses and related personal identifying information. Such information warrants protection under the good cause standard. See Harrell v. George, No. CIV

[1] Plaintiffs identify the exhibits to ECF No. 6 as containing sensitive personal information. Upon review, the Court has not identified any personal or sensitive information in those documents that warrants sealing. However, the Court *sua sponte* identified images of the driver's licenses in an attachment to the notice of removal filed on July 1, 2026. (See ECF No. 1-1.) Accordingly, the Court construes Plaintiffs' motion as a request to seal ECF No. 1-1.

S-11-0253 MCE DAD PS, 2011 WL 2559416, at *2 (E.D. Cal. June 23, 2011) (finding good cause to seal documents containing personal information, including plaintiff's driver's license number). In light of the sensitive personal information, the Court will grant Plaintiffs' request to seal ECF No. 1-1.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to seal (ECF No. 40) is GRANTED; and
2. The Clerk of Court is DIRECTED to seal ECF No. 1-1.

IT IS SO ORDERED.

Dated: **October 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge